## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| JAIME HAWN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:19cv220-MRB-SKB ) ) ) Magistrate Judge Stephanie K. Bowman |
| VITAS HEALTHCARE, | ) ) ) |
| Defendant. | ) ) |

**AGREED ORDER AMENDING THE COMPLAINT TO SUBSTITUTE VITAS HOSPICE SERVICES, L.L.C. AS DEFENDANT IN PLACE OF VITAS HEALTHCARE**

Pursuant to Fed. R. Civ. P 15(a)(2), Plaintiff Jaime Hawn and Defendant Vitas Hospice Services, L.L.C., initially sued as Vitas Healthcare, agree to amend the Complaint (Doc. 1-1) as follows:

Vitas Hospice Services, L.L.C. shall be substituted as Defendant in place of Defendant Vitas Healthcare. The amendment shall relate back to the original filing of the lawsuit. Vitas Hospice Services, L.L.C. waives any requirement for service of process and further waives any objection to jurisdiction or venue. No new or amended complaint or answer shall be filed to effectuate the substitution of Vitas Hospice Services, L.L.C. as Defendant in this case.

**IT IS SO ORDERED.**

*Stephanie K. Bowman*
Stephanie K. Bowman, Magistrate Judge

Agreed to by:

_____
Robert Croskery (0064802)
Croskery Law Office
810 Sycamore Street, 2nd Floor
Cincinnati, Ohio 45202
Telephone: (513) 232-5297
Fax: (513) 338-1992
Email: rcroskery@croskerylaw.com

*Attorney for Plaintiff Jaime Hawn*

_____
Gregory Harrison (0029814)
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 977-8200
Fax: (513) 977-8141
Email: greg.harrison@dinsmore.com

*Attorney for Defendant Vitas Hospice Services, L.L.C.*