

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

### CIVIL MINUTES
SCHEDULING/STATUS CONFERENCE (via telephone)
BEFORE THE HONORABLE KAREN L. LITKOVITZ, U.S MAGISTRATE JUDGE

DATE: 4-20-20      Case No. 1:19-cv-220
TIME: 1:30 pm      Case Title: Hawn v. Vitas Healthcare,
COURTROOM DEPUTY: Arthur Hill
LAW CLERK: none present
COURT REPORTER: none present
COURTSMART RECORDING: #_____

---

**Attorney(s) for Plaintiff(s):**
Robert Croskery

**Attorney(s) for Defendant(s):**
Gregory Harrison
Faith Whittaker

### DOCKET ENTRY/PROCEDURES:

Matters discussed. Settl. conf. set for 4-27-20 postponed to June, 2020.

_____ Court Order to follow.

_____ Case cont'd for a follow-up status conference _____

__✓__ Other: Counsel to consult clients and propose a new date in June for the settl. conf. to be held.